NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ILUMINADA LEMBERT-MELENDEZ and ANGELO MELENDEZ, | : : : | |
| Plaintiffs, | : : | Civil Action No. 13-4908 (ES)(JAD) |
| v. | : : | MEMORANDUM & ORDER |
| CL MEDICAL, INC., CL MÉDICAL, and ABC CORPS. 1-10 [fictitious names], | : : : | |
| Defendants. | : : | |

**SALAS, DISTRICT JUDGE**

      This matter is before the Court on Defendant CL Medical SARL's (incorrectly identified as CL Médical) motion to dismiss, (D.E. No. 3), and Defendant CL Medical, Inc.'s motion to dismiss, (D.E. No. 8).  Both of these motions to dismiss raise arguments involving personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).  (D.E. No. 3 at 5-13; D.E. No. 8 at 5-12).  Plaintiffs have opposed these motions.  (D.E. Nos. 10 & 14, respectively).  Notably, in these oppositions, Plaintiffs seem to request jurisdictional discovery.  (*See* D.E. No. 10 at 6; D.E. No. 14 at 5).  And, both CL Medical SARL and CL Medical, Inc. oppose Plaintiffs' request for such discovery.  (D.E. No. 12 at 7-8; D.E. No. 15 at 7-8).

      The Court finds that the parties' briefing relating to the aforementioned motions to dismiss raises a dispute as to whether jurisdictional discovery is appropriate.  Given the parties' arguments, the Court declines to resolve the pending motions to dismiss until this discovery dispute is resolved.

Accordingly, IT IS on this 13th day of January 2014,

**ORDERED** that Defendant CL Medical SARL's motion to dismiss, (D.E. No. 3), is *administratively terminated*; and it is further

**ORDERED** that Defendant CL Medical, Inc.'s motion to dismiss, (D.E. No. 8), is *administratively terminated*; and it is further

**ORDERED** that the parties shall meet and confer in good faith regarding what, if any, discovery Plaintiffs require as to whether Defendants are subject to personal jurisdiction in this District; and it is further

**ORDERED** that, on or before **January 31, 2014**, the parties shall electronically file a joint letter advising the Honorable Joseph A. Dickson, U.S.M.J., of their jurisdictional discovery efforts; and it is further

**ORDERED** that the parties shall attend an in-person conference regarding the jurisdictional discovery issue on **February 7, 2014** at **3:00 p.m.** in Newark, Courtroom 2D; and it is further

**ORDERED** that Defendants may re-file their respective motions to dismiss after Judge Dickson resolves the parties' discovery dispute.

*s/Esther Salas*  
**Esther Salas, U.S.D.J.**
